# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jane Doe
                              Plaintiff,

v.                                             Case No.: 1:25−cv−11407
                                               Honorable Elaine E. Bucklo

Planned Parenthood of Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

MINUTE entry before the Honorable Elaine E. Bucklo: Parties to take note of Judge Bucklo's motion call practice posted on her webpage at www.ilnd.uscourts.gov. Plaintiff's motion for leave to proceed under pseudonym and for a protective order [5] is granted. Scheduling Conference is set for 12/22/2025 at 9:45 a.m. (to track the case only; no appearance is required). The joint Rule 26(f) planning report is due 12/15/2025. (The form of the report can be found on Judge Bucklo's webpage at www.ilnd.uscourts.gov.) The Court will enter a schedule based on the report. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.