UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Jane Doe
                    Plaintiff,

v.                                               Case No.: 1:25−cv−11407
                                                           Honorable Elaine E. Bucklo

Planned Parenthood of Illinois
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 14, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion to require plaintiff to comply with Federal Rules of Procedure 10 and 17 is granted. This court's prior order allowing plaintiff initially to proceed under a pseudonym is vacated. Plaintiff's generalized statements of danger do not outweigh the normal rule that parties to federal cases must proceed under their names. Plaintiff is given 14 days to amend her complaint to state her name. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.