**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Daphne Smith, et al.
                       Plaintiff,

v.                                                            Case No.: 1:25−cv−11407
                                                                   Honorable Elaine E. Bucklo

Planned Parenthood of Illinois
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 16, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court sets the following briefing schedule on Defendant Planned Parenthood of Illinois' partial motion to dismiss Counts II of Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) [21]: Plaintiff's response is due by 1/6/2026. Defendant's reply is due by 1/20/2026. Ruling before the Honorable Elaine E. Bucklo on 2/19/2026. The Court will issue the ruling by electronic mail. Mailed notice. (pmh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.